UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

RICHARD BRIGHT,
    a/k/a "Stutter Butter,"

        Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

07 CRIM. 690

*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: JUL 2 6 2007*

## COUNT ONE

The Grand Jury charges:

In or about February 2007, in the Southern District of New York, RICHARD BRIGHT, the defendant, unlawfully, willfully, and knowingly caused to be delivered by the United States Postal Service a communication addressed to another person that contained a threat to injure the person of the addressee or of another, to wit, BRIGHT caused to be delivered a letter that contained a threat to injure a woman living in the Bronx, New York.

(Title 18, United States Code, Section 876(c).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

**JUDGE KOELTL**