SEP 1 2007
USDC-\*-SDNY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2007

RICHARD BRIGHT
    Petitioner,

v.

THE UNITED STATES OF AMERICA,
    The AUSA's office for the
      southern district of NY,
    The US Marshals,
      and
    The US attorney for the
      Southern district of NY.
    Respondants,

WRIT OF HABEAS CORPUS

28 USCS § 2241

*For the reasons stated on the record on 9/21/07, the writ is denied without prejudice as moot. So ordered.*
*[signature] JGK*
*U.S.D.J.*
*9/21/07*

    Noe comes the petitioner Richard Bright Via Pro-Se in the above listed case. The petitioner is an inmate at West Chester County Jail in Valhalla, N.Y.. He is a state sentenced inmate that was in fact serving his sentence at FRANKLIN CORRECTIONAL FACILITY.

    On Aug. 23rd 2007 he was placed in transit to this facility by way of a federal writ (or so he was told). Since his placement here he has not been informed as to what this pertains to or how long he could expect to be here.

    The petitioner requests that this Court entertain this writ and rule accordingly. He is being denied many of the traditional freedoms that comes with beinh in prison. His liberties are in dire straights and he confined as high classification because of the federal hold on him.

    The petitioner is restricted in his movements, there is now library other than a legal one, he can not work, work out or even take a walk, commissary is limmitted at best and the price of phone calls is 3 times what the state facilities are. By all this being said he shows proof that his liberties are restricted.

    The petitioner Prays that This Honorable Court Grant this writ and orders the Government to show cause for such restriction

or expunge the writ and transport him back to prison.

The petitioner konws this court has jurisdiction as he his federally detained and his liberties are restricted. Again the government has given him nothing, no explaination, no lawyer, no court apperriances and no other rmedy.

Again the PETITIONER PRAYS THAT THIS HONORABLE COURT ENTERTAINS THIS WRIT AND IT'S REMEDIES.

                              RESPECTFULLY SUBMITTED,

                              *Richard Bright*
                              RICHARD BRIGHT.