UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

RICHARD BRIGHT,

           Defendant.

07 Cr. 690 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **November 30, 2007** at **10:30 a.m.**

    Because an adjournment is needed to allow for the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **October 19, 2007**, until **November 30, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           October 19, 2007

                                    John G. Koeltl
                                  United States District Judge