UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

RICHARD BRIGHT,
                    Defendant.
------------------------------------------------------------X

07 cr 690 (JGK)

**ORDER**

    The defendant, **Richard Bright,** was sentenced on March 7, 2008.

    The writ in this matter is hereby satisfied, and the Court requests that the Bureau of Prisons and United States Marshal transfer the defendant back to state custody.

**SO ORDERED.**

                                            JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         March 7, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2008