# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

---

UNITED STATES OF AMERICA

- v -

RICHARD BRIGHT,       Defendant.

Docket Number __07 Cr. 690 (JGK)__

Honorable John Koetl
(District Court Judge)

Notice is hereby given that **the defendant, Richard Bright** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]: order [ ]: other [ ]: _____
(specify)

entered in this action on __03/07/08__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns: conviction only [ ]: sentence only [ ]: conviction and sentence [✓]

Date: **March 7, 2008**

TO:
Randall Jackson, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Richard Bright, Reg. No. 60315-054 MDC

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

## ►QUESTIONNAIRE

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
  [ ] Daily copy is available
  [ ] U.S. Attorney has placed order
  [ ] Other. Attach explanation

## ►TRANSCRIPT ORDER

Prepare transcript of
[✓] Pre-trial proceedings  11/30/07
[ ] Trial
[✓] Sentence  03/07/08
[ ] Post-trial proceedings

► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature *Fiona Doherty*

DATE **March 7, 2008**

► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL