UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __17__

United States of America

USCA NO. _08-1271-cr_

SDNY NO. _07-cr-690_
JUDGE: _Koeltl_
DATE: _4/15/08_

-v-

Richard Bright

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _Eric Price_
FIRM _Federal Defenders of NY Inc._
ADDRESS _52 Duane St 10th Fl_
_NY NY 10007_
PHONE NO. _(212) 417-8742_

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS                                                        DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( √ ) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __15__ Day of __April__, 2008.

**United States District Court for
the Southern District of New York**

United States of America

-V-

Richard Bright

Date: 4/15/08

U.S.C.A. # 07-1271-CR

U.S.D.C. # 07-CR-690

D.C. JUDGE: Koeltl

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 16, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| 4/14/08 | Transcript of Proceedings |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 15 Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00690-JGK-1
### Internal Use Only

Case title: USA v. Bright

Date Filed: 07/26/2007
Date Terminated: 03/07/2008

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2007 | 1 | INDICTMENT FILED as to Richard Bright (1) count(s) 1. (jm) (Entered: 07/27/2007) |
| 07/26/2007 | | Case Designated ECF as to Richard Bright. (jm) (Entered: 07/27/2007) |
| 09/21/2007 | 3 | WRIT OF HABEAS CORPUS, 28 USC Sec 2241, as to Richard Bright, petitioner requests that this Court entertain this writ and it's remedies, he is being denied many of the traditional freedoms that comes with being in prison.... -- Judge endorsed: For the reason stated on the record on 9/21/07, the writ is denied without prejudice as moot. So ordered. (ja) (Entered: 09/24/2007) |
| 09/21/2007 | | Minute Entry for proceedings held before Judge John G. Koeltl :Initial Appearance as to Richard Bright held on 9/21/2007. (jw) (Entered: 09/24/2007) |
| 09/21/2007 | | Minute Entry for proceedings held before Judge John G. Koeltl :Arraignment as to Richard Bright (1) Count 1 held on 9/21/2007. Deft pleads not guilty to indictment. Atty Fiona Doherty appointed counsel for deft. AUSA Randall Jackson. Reporter Rebecca Foreman. Pretrial conference. Adjourned to 10/19/07 at 3:00pm. Time excluded from 9/21/07 to 10/19/07. Deft cont'd detained. (jw) (Entered: 09/24/2007) |
| 09/21/2007 | | Minute Entry for proceedings held before Judge John G. Koeltl : Plea entered by Richard Bright (1) Count 1 Not Guilty. (jw) (Entered: 09/24/2007) |
| 09/21/2007 | | Minute Entry for proceedings held before Judge John G. Koeltl :Pretrial Conference as to Richard Bright held on 9/21/2007, as to Richard Bright; Pretrial Conference set for 10/19/2007 at 03:00 PM before Judge John G. Koeltl. (jw) (Entered: 09/24/2007) |
| 09/21/2007 | | Attorney update in case as to Richard Bright. Attorney Fiona Mary Doherty for Richard Bright added.. (pr) (Entered: 10/29/2007) |
| 09/25/2007 | 4 | SPEEDY TRIAL ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT as to Richard Bright. Parties are directed to appear for a conference, before Judge John G. Koeltl, Friday, October 19, 2007 at 3 p.m. The Court prospectively excludes time from today, 9/21/07 until 10/19/07 in order to assure effective assistance of cnsl and because the ends of justice served by such a continuance outweigh the best interest of the public and the dft in a speedy trial.... SO ORDERED. (Signed by Judge John G. Koeltl on 9/21/07)(ja) (Entered: 09/25/2007) |
| 10/16/2007 | 5 | TRANSCRIPT of Proceedings as to Richard Bright held on 9/21/2007 before Judge John G. Koeltl. (wb) (Entered: 10/16/2007) |
| 10/22/2007 | 6 | SPEEDY TRIAL ORDER as to Richard Bright. The parties are directed to appear for a conference on 11/30/07 at 10:30 a.m. The Court prospectively excludes the time from today, 10/19/07, until 11/30/07. This Order is entered pursuant to 18 U.S.C. Section 3161(h)(8)(A). (Signed by Judge John G. Koeltl on 10/19/07)(bw) (Entered: 10/23/2007) |
| 10/22/2007 | | Set/Reset Hearings as to Richard Bright: Pretrial Conference set for 11/30/2007 at 10:30 AM before Judge John G. Koeltl. (bw) (Entered: 10/23/2007) |
| 11/30/2007 | | Minute Entry for proceedings held before Judge John G. Koeltl:Change of Plea Hearing as to Richard Bright held on 11/30/2007. Deft present with atty Fiona Doherty. AUSA Randall Jackson present. Reporter present. Deft changes plea of not guilty and pleads guilty to count one of the indictment. Sentence date set for 2/29/08. PSI ordered. Deft cont'd detained. (jw) (Entered: 03/12/2008) |
| 11/30/2007 | | Change of Not Guilty Plea to Guilty Plea as to Richard Bright (1) Count 1. (jw) (Entered: 03/12/2008) |
| 11/30/2007 | | Minute Entry for proceedings held before Judge John G. Koeltl: Plea entered by Richard Bright (1) Guilty as to Count 1. (jw) (Entered: 03/12/2008) |
| 11/30/2007 | | Order of Referral to Probation for Presentence Investigation and Report as to Richard Bright. (Signed by Judge John G. Koeltl on 11/30/07)(jw) (Entered: 03/12/2008) |
| 11/30/2007 | | Minute Entry for proceedings held before Judge John G. Koeltl: as to Richard Bright; Sentencing set for 2/29/2008 before Judge John G. Koeltl. (jw) (Entered: 03/12/2008) |

| Date | # | Description |
|---|---|---|
| 01/24/2008 | 7 | TRANSCRIPT of Proceedings as to Richard Bright held on 11/30/07 before Judge John G. Koeltl. (es) (Entered: 01/24/2008) |
| 02/25/2008 | 8 | SENTENCING MEMORANDUM by USA as to Richard Bright. (Jackson, Randall) (Entered: 02/25/2008) |
| 03/07/2008 | 9 | ORDER as to Richard Bright. The deft, Richard Bright, was sentenced on 3/7/08. The writ in this matter is hereby satisfied, and the Court requests that the Bureau of Prisons and U.S. Marshal transfer the deft back to state custody. (Signed by Judge John G. Koeltl on 3/7/08)(bw) (Entered: 03/10/2008) |
| 03/07/2008 |  | Minute Entry for proceedings held before Judge John G. Koeltl:Sentencing held on 3/7/2008 for Richard Bright (1) Count 1. (pr) (Entered: 03/14/2008) |
| 03/07/2008 | 10 | JUDGMENT as to Richard Bright (1), Count(s) 1, 24 months imprisonment, the sentence shall run concurrently with the undischarged term of the deft's state court conviction.. 3 years supervised release with supervision. $100.00 special assessment.(see the attached J&C for the complete text) (Signed by Judge John G. Koeltl on 3/7/08)(pr) (Entered: 03/14/2008) |
| 03/07/2008 |  | Judgment entered in money judgment book as #08,0407 as to Richard Bright in the amount of $ 100.00, re: 10 Judgment. (dt) (Entered: 03/17/2008) |
| 03/10/2008 | 11 | NOTICE OF APPEAL by Richard Bright from 10 Judgment. (tp) (Entered: 03/14/2008) |
| 03/10/2008 |  | Appeal Remark as to Richard Bright re: 11 Notice of Appeal - Final Judgment. NO FEE. FEDERAL DEFENDERS. (tp) (Entered: 03/14/2008) |
| 03/14/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Richard Bright to US Court of Appeals re: 11 Notice of Appeal - Final Judgment. (tp) (Entered: 03/14/2008) |
| 03/24/2008 | 13 | Letter by Richard Bright addressed to Judge Koeltl from Federal Defenders of New York, Inc. dated 2/20/08 re: submitted on behalf of deft Richard Bright in advance of his sentencing, which has been scheduled for Friday, 2/29/08 at 9:30 a.m. [Received by Judge Koeltl's Chambers on 2/20/08] (bw) (Entered: 03/24/2008) |
| 03/24/2008 | 14 | Letter by Richard Bright addressed to Judge Koeltl from Attorney Fiona Doherty, Federal Defenders of New York, Inc., dated 2/20/08 re: submitted in advance of deft Richard Bright's sentencing, which as been scheduled for Friday, 2/29/08 at 9:30 a.m. [Received by Judge Koeltl's Chambers on 2/25/08] (bw) (Entered: 03/24/2008) |
| 03/24/2008 | 15 | Letter by USA as to Richard Bright addressed to Judge Koeltl from AUSA Randall Jackson dated 2/25/08 re: submitted in advance of the sentencing of deft Richard Bright, which is scheduled for Friday, 2/29/08 at 9:30 a.m. [Received by Judge Koeltl's Chambers on 2/26/08] (bw) (Entered: 03/24/2008) |
| 03/28/2008 |  | USCA SCHEDULING ORDER as to Richard Bright related to 11 Notice of Appeal - Final Judgment filed by Richard Bright, USCA Case Number 08-1271-cr. Appeal Record due by 4/14/2008. Defendant Brief due by 5/14/2008. Government Brief due by 6/13/2008. (nd) (Entered: 03/28/2008) |
| 04/14/2008 | 16 | TRANSCRIPT of Proceedings as to Richard Bright held on 3/07/2008 before Judge John G. Koeltl. (ama) (Entered: 04/14/2008) |