**MANDATE ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8-6-08

SDNY/NYNY
07-CR-690
Koeltl

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------x

UNITED STATES OF AMERICA,

               Appellee,   :   **S T I P U L A T I O N**

  -against-

                                  :   No. 08-1271

RICHARD BRIGHT,

               Defendant-Appellant.

------------------------------------x

AUG 1 2008
SECOND CIRCUIT

It is hereby stipulated by and between the parties and with the approval of RICHARD BRIGHT that the above-captioned appeal is withdrawn.

Dated: New York, New York
       July 24, 2008

U.S. DISTRICT COURT FILED
AUG 0 6 2008
S.D. OF N.Y.

By: _/s/ Richard Bright_
    RICHARD BRIGHT

By: _/s/ Barry D. Leiwant_
    BARRY D. LEIWANT, ESQ.
    Federal Defenders of New York, Inc.
       Appeals Bureau
    52 Duane Street, 10th Floor
    New York, New York 10007
    Tel. No.: (212) 417-8742

By: _/s/ Randall W. Jackson_ /by BDL
    RANDALL W. JACKSON, ESQ.
    Asst. U.S. Attorney/SDNY
    One St. Andrew's Plaza
    New York, New York 10007
    Tel. No. (212) 637-1029

**SO ORDERED:**

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
By: _/s/ Judy Pisnanont_
Judy Pisnanont, Motions Staff Attorney

_____
Date

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _/s/ Ralph_
DEPUTY CLERK

Certified 8-1-08